## First Department, January, 1959

### (January 7, 1959)

■ Charles G. Fuqua et al., Doing Business under the Name of Universal Attractions, v. Ivory D. Watson et al.— Motion to dismiss appeal denied and the defendant-respondent's time to serve his points is extended to January 17, 1959. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

(Republished)

■ In the Matter of Irving Trust Company, Respondent-Appellant, against Tax Commission of the City of New York, Appellant-Respondent. — Order is unanimously reversed, on the facts and the law, the assessments reinstated and the petition dismissed, with $20 costs and disbursements to respondent-appellant-respondent. We find that the total assessment does not exceed the value of land and building. Settle order. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ. [See ante, p. 726.]

### (January 8, 1959)

■ James P. Regan v. Beekman Downtown Hospital et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ. [See post, p. 902.]

■ In the Matter of the Public Administrator of the County of New York, as Administrator of the Estate of Joseph Bausch, Deceased. Society of the New York Hospital.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of the Arbitration between Community Answering Service, Inc., and United Telephone Answering & Communication Service Union, Local 780, AFL–CIO, et al.— Motion for a stay denied. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ Colleen Hosiery Co. of Fifth Avenue, Inc., v. Theodore Kaufteil. — Motion to dismiss appeals granted, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ The People of the State of New York v. John Henry Thomas.— Motion to dismiss appeal granted. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ The People of the State of New York v. Richard Harris.— Motion to dismiss appeal granted. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of Marian M. Scharfman et al., against Joseph Finkelstein, as President.— Motion for a stay granted in accordance with the terms of the stipulation signed by the attorneys for the respective parties, dated January 5, 1959. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ Mary Jacko v. Margaret Vohlidka, Individually and as Executrix. — Motion for a stay denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ Dorothy Burstein v. Leo R. Burstein.— Motion for a stay denied. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.